HOWARD IVES and WALTER IVES, as Executors, etc., of ELIZABETH T. WATSON, Deceased, Respondents, v. MARGARET C. McGRAN, Individually and as Administratrix, etc., of FRANK J. McGRAN, Deceased, and Others, Defendants, Impleaded with BESSIE S. DANIELS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Probate of the Last Will and Testament of JULIUS M. COHEN, Deceased. REBA V. B. COHEN, Executrix, Appellant; WILLIAM BARUCH, Special Guardian, Respondent.— Order of the Surrogate's Court of Westchester county granting allowance reversed, without costs, but with leave to the special guardian to renew the application upon proper papers showing what disposition was made of the objections to the probate of the will, filed on behalf of the infants, and the reasons for such disposition, and what, if any, provision was made for them. The papers on which the order was granted are incomplete and insufficient to justify allowance in any amount. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

KOPPEL INDUSTRIAL CAR AND EQUIPMENT COMPANY, Appellant, v. GREGG COMPANY, LTD., and F. GRASSMAN, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

RALPH LOWENBEIN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

KATHERINE LOWENBEIN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

MILLER TIRE CORPORATION, Appellant, v. SOLOMON SCHERTZ, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

ROSE M. PALMER and LILLIAN PALMER, Respondents, v. ROTARY REALTY COMPANY, INC., and Others, Appellants.— Interlocutory judgment affirmed, with costs, upon the opinion of Mr. Justice Benedict at Special Term. [Reported in 109 Misc. Rep. 431.] Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE VALIENDI, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.